# United States Court of Appeals
## For the First Circuit

No. 08-1900

UNITED STATES OF AMERICA,

Appellee,

v.

LUIS ROSADO-PÉREZ,

Defendant, Appellant.

Nos. 08-2164, 08-2166

UNITED STATES OF AMERICA,

Appellee,

v.

MARCOS RIVERA-PEREZ,

Defendant, Appellant.

No. 08-2181

UNITED STATES OF AMERICA,

Appellee,

v.

EMANUEL RIVERA MALDONADO,

Defendant, Appellant.

No. 08-2183

UNITED STATES OF AMERICA,

Appellee,

v.

JUAN CARLOS TORRES-RODRIGUEZ,

Defendant, Appellant.

_____

ERRATA SHEET

The opinion of this Court issued on May 14, 2010, is amended as follows:

On page 9, line 13, "2008" is changed to "2006".

On page 10, line 18, "2008" is changed to "2006".